IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LATREL PHIPPS and
HERBERT WASH, III                                                                            PLAINTIFFS

V.                                    No. 5:11CV00228 JMM-BD

ED ADAMS                                                                                      DEFENDANT

### RECOMMENDED DISPOSITION

I.   **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge James M. Moody.  Mr. Phipps, Mr. Wash–or any party–may file written objections to this Recommendation.

Objections must be specific and must include the factual or legal basis for the objection.  An objection to a factual finding must identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.  A copy will be furnished to the opposing party.

If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing all of the evidence in the record.  By not objecting, you may also waive any right to appeal questions of fact.

      Mail objections and "Statements of Necessity" to:

      Clerk, United States District Court
      Eastern District of Arkansas
      600 West Capitol Avenue, Suite A149
      Little Rock, AR 72201-3325

## II.   Discussion

On September 6, 2011, Plaintiffs Latrel Phipps and Herbert Wash, inmates at the W.C. Dub Brassell Detention Facility, filed this case *pro se* under 42 U.S.C. § 1983. (Docket entry #2) An Order was entered on September 9, 2011, denying their motion for leave to proceed *in forma pauperis*, and directing them both to file a complete application or pay the filing fee of $350.00 to the Court.

The time for filing their applications for leave to proceed *in forma pauperis* or, in the alternative, to pay the statutory filing fee has passed, and neither Mr. Phipps nor Mr. Wash has complied with the September 9, 2011 Order. Mr. Phipps and Mr. Wash were warned that their failure to comply with the Court's Order could result in dismissal of this case.

## III.   Conclusion

Because neither Mr. Phipps nor Mr. Wash has complied with the Order, the Court recommends that this case be dismissed, without prejudice, under Local Rule 5.5(c)(2).

DATED this 21st day of October, 2011.

_____

UNITED STATES MAGISTRATE JUDGE