# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**LATREL PHIPPS and**
**HERBERT WASH, III**                                                               **PLAINTIFFS**

V.                          No. 5:11CV00228 JMM-BD

**ED ADAMS**                                                                         **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

The claims raised by Mr. Phipps and Mr. Wash are DISMISSED without prejudice.

IT IS SO ORDERED, this 8th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE