IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LATREL PHIPPS and
HERBERT WASH, III                                                               PLAINTIFFS

V.                          No. 5:11CV00228 JMM-BD

ED ADAMS                                                                        DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 8th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE